Henry Bruning, Appellant, v. Max Brock, Defendant, Impleaded with Union Railway Company of New York City, Respondent.— Judgment appealed from and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

John M. Duffy, Appellant, v. New York City Interborough Railway Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Joseph E. Marx Company, Inc., Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Ralph Pulitzer and Others, as Trustees of the Residuary Trust Created under Article Eleventh of the Last Will and Testament, etc., of Joseph Pulitzer, Deceased. John G. Jackson, as Administrator of the Estate of Margaret Pulitzer, Deceased, Appellant; Ralph Pulitzer and Others, Individually and as Trustees, etc., and Others, Respondents.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [148 Misc. 116.]

Sara Weitzman, Respondent, v. Nura Ginsburg, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Jack Altman and Another, Appellants.— Judgment reversed, the information dismissed and defendants discharged on the authority of *Stromberg* v. *California* (283 U. S. 359). Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Merrell, J., dissent and vote for affirmance.

Sally S. Levy, Respondent, Appellant, v. Morton H. Fry and Others, Appellants, Respondents.— Order reversed, with twenty dollars costs and disbursements to the plaintiff, and motion denied, with ten dollars costs, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. All three causes of action are sufficient on their face. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Dorothy M. Wright, Appellant, v. William A. Prime, Jr., Defendant, Impleaded with Hanley Ried & Co., Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

Henry Meireis, Individually and as Trustee under a Certain Deed of Trust of Henry Fehrmann and Barbara E. Fehrmann, Dated January 20, 1932, Appellant, v. Jacob Klar and Charlotte Hoehler, as Administrators of the Estates of Henry Fehrmann and Barbara E. Fehrmann, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Philip S. McNally, Respondent, against Amy B. Youngs and Another, Appellants, for an Order to Determine the Amount of and to Enforce His Lien as Attorney for Amy B. Youngs and Another, in an Action in the Supreme Court, New York County, etc.,— Order modified by striking out direction for payment, and by reducing the amount fixed as the total value of

petitioner's liens to $9,000, and as so modified affirmed, with costs to the petitioner. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell and Townley, JJ., dissent as to the value of said liens and vote to confirm the report as to said value of $12,000. Settle order on notice.